435 A.2d 262

Wald v. 1311 Tracy Corp. et al.
Appeal of Samuel Rappaport.

Argued March 19, 1980. Leon Silverman, for appellant; Howard Garbeil, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment and order affirmed.